Phillip SCHALCHLIN *v.* STATE of Arkansas

CR 93-270                                        885 S.W.2d 1

Supreme Court of Arkansas
Opinion delivered September 12, 1994

PER CURIAM. Attorney Claudell Woods is directed to appear before this court on Monday, October 3, 1994, at 9:00 a.m. and show cause why he should not be held in contempt of this court for failure to perfect an appeal in the matter of *Schalchlin* v. *State*, CR 93-270.